# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Mona Jane Tonnous,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:17-cv-393

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On February 16, 2018, Magistrate Judge Jolson, to whom this case was referred pursuant to 28 U.S.C. § 636(B)(1)(b) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, issued a Report and Recommendation ("R&R") concerning the disposition of Mona Jane Tonnous' ("Plaintiff") Complaint in this Social Security case. R&R, ECF No. 18. The R&R recommended overruling Plaintiff's statement of errors and entering judgment in favor of the Commissioner of Social Security ("Defendant"). *Id.* at 12.

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 12–13. The time for filing objections has passed, and none were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**